ACCEPTED
01-14-00687-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/25/2015 11:08:26 AM
CHRISTOPHER PRINE
CLERK

**01-14-00687-CV**

————————————

**IN THE**
**FIRST COURT OF APPEALS**
**HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

8/25/2015 11:08:26 AM

CHRISTOPHER A. PRINE
Clerk

————————————

**THE BETTER BUSINESS BUREAU OF METROPOLITAN HOUSTON, INC., THE BETTER BUSINESS BUREAU OF METROPOLITAN HOUSTON EDUCATION FOUNDATION, DAN PARSONS, CHRIS CHURCH, CHURCH ENTERPRISES, INC., GARY MILLESON, RONALD N. MCMILLAN, D'ARTAGNAN BEBEL, MARK GOLDIE, CHARLIE HOLLIS, AND STEVEN LUFBURROW,**

*Appellants,*

**v.**

**JOHN MOORE SERVICES, INC. AND JOHN MOORE RENOVATION, LLC,**

*Appellees.*

————————————

**On Appeal from the**
**269th Judicial District Court**
**Harris County, Texas**
**Cause Number 2013-76215**

————————————

**PARTIES' MOTION FOR EXTENSION OF TIME TO COMPLETE MEDIATION**

————————————

LORI HOOD
BOBBIE L. STRATTON

**Baker Donelson Bearman Caldwell & Berkowitz, P.C.**
**1301 McKinney Street, Suite 3700**
**Houston, Texas 77010**
**Telephone: (713) 650-9700**
**Facsimile: (713) 650-9701**

*ATTORNEYS FOR APPELLEES*

TO THE HONORABLE COURT OF APPEALS:

The parties' notify the Court that, due to serious personal issues involving counsel for John Moore Services, Inc. and John Moore Renovation, LLC, mediation was unable to be conducted on August 17, 2015 as previously advised. The parties have rescheduled mediation for September 22, 2015. Mediation will still be conducted with Elaine Block.

The parties ask the Court to extend the deadline to complete mediation until after September 22, 2015.

Respectfully submitted,

*/s/  Bobbie L. Stratton*
Lori Hood
Texas State Bar No. 09943430
Bobbie L. Stratton
Texas State Bar No. 24051394
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
1301 McKinney, Suite 3700
Houston, Texas 77010
Telephone:  (713) 650-9700
Facsimile:  (713) 650-9701

**ATTORNEYS FOR APPELLEES**

/s/ Lauren B. Harris

Lauren B. Harris
Texas State Bar No. 02009470
Jeffrey R. Elkin
Texas State Bar No. 06522180
Susan K. Hellinger
Texas State Bar No. 00787855
M. Harris Stamey
Texas State Bar No. 24060650
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone:  (713) 226-6624
Facsimile:  (713) 226-6224

**ATTORNEYS FOR APPELLANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2015, a true and correct copy of the foregoing was served by electronic service, as follows:

Lauren B. Harris
Jeffrey R. Elkin
Susan K. Hellinger
M. Harris Stamey
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, Texas 77002


*/s/ Bobbie L. Stratton*
Bobbie L. Stratton